**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Shelley Gaston ) | | |
|     Plaintiff ) | | Case No: 15 C 828 |
| ) | | |
| v. ) | | |
| ) | | Judge: Samuel Der-Yeghiayan |
| Thomas Dart, et al. ) | | |
|     Defendants ) | | |
| ) | | |

**ORDER**

Plaintiff's motion to withdraw attorneys Kenneth Flaxman and Joel Flaxman as counsel for Plaintiff [52] is granted. Noticed motion date of 03/17/16 is stricken. All dates previously set on 02/17/16 are to stand.

Date: March 16, 2016                  /s/ Samuel Der-Yeghiayan
                                                      Samuel Der-Yeghiayan
                                                      U.S. District Court Judge